IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BEVERLEY FRANKLIN                                                                    PLAINTIFF

v.                                                      CIVIL ACTION NO. 1:17-cv-00065-GHD-DAS

VIGILANT INSURANCE COMPANY et al.                                                DEFENDANTS

## ORDER DISMISSING CASE WITH PREJUDICE

Presently before the Court is Plaintiff's motion to dismiss [12] with prejudice all claims against Defendants. The Court finds that the motion is well taken.

ACCORDINGLY, the Court ORDERS that the action is DISMISSED with prejudice.

SO ORDERED, this, the 26th day of June, 2017.

_____
SENIOR U.S. DISTRICT JUDGE